1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MARTIN H. ORLICK (Bar No. 083908)
2  MATTHEW S. KENEFICK (Bar No. 227298)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant MARTIN BROTHERS SUPPLY, INC.
   and Co-Counsel for MARTINS LANDING, LLC
6

7  STEVEN B. PISER, (Bar No. 62414)
   LAW OFFICES OF STEVEN B. PISER
8  A Professional Corporation
   499 Fourteenth Street, Suite 210
9  Oakland, California 94612
   Telephone; (510) 835-5582
10

11 Attorneys for Defendant MARTINS LANDING, LLC

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 | CRAIG YATES, an individual,           | CASE NO.   CV-11-1947 EMC
16 |        Plaintiff,                     | **STIPULATION RE: LEAVE TO AMEND ANSWERS TO THE COMPLAINT; ORDER THEREON**
17 |    v.                                 |
18 | MARTIN BROTHERS SUPPLY, INC., a       |
   | California Corporation; and MARTINS   |
19 | LANDING, LLC, a California Limited Liability |
   | Company,                              | Complaint Filed:   April 21, 2011
20 |        Defendants.                    | Trial date:        None Set

21

22

23       IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Craig Yates ("Plaintiff") and

24 Defendants Martin Brothers Supply, Inc. and Martins Landing, LLC ("Defendants") by and through

25 their attorneys of record, Thomas E. Frankovich, Esq. and Martin H. Orlick, Esq. of Jeffer Mangels

26 Butler & Mitchell LLP and Steven B. Piser, Esq. as follows ("Stipulation"):

27       1.      Martins Landing, LLC is hereby granted leave to file its First Amended Answer to

28 the Complaint;

2. Martin Brothers Supply, Inc. is hereby granted leave to file its First Amended Answer to the Complaint.

DATED: August 8, 2011             THOMAS E. FRANKOVICH

                                  By: /s/ Thomas E. Frankovich (authorized signature)
                                  Attorneys for Plaintiff CRAIG YATES

DATED: August 8, 2011             JEFFER MANGELS BUTLER & MITCHELL LLP
                                  MARTIN H. ORLICK
                                  MATTHEW S. KENEFICK

                                  By: /s/ Martin H. Orlick
                                          MARTIN H. ORLICK
                                  Attorneys for Defendant MARTIN BROTHERS
                                  SUPPLY, INC. and Co-Counsel for MARTINS
                                  LANDING, LLC

DATED: August 3, 2011             LAW OFFICE OF STEVEN B. PISER

                                  By: Steven B. Piser (authorized signature)
                                          STEVEN B. PISER
                                  Attorneys for Defendant MARTINS LANDING, LLC

**ORDER**

Good cause appearing therefore:

IT IS SO ORDERED.

DATED: 8/11/11                    _____
                                  JUDGE OF THE UNITED STATES DISTRICT COURT

[Seal: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]

- 1 -   Stipulation for Leave to File First Amended Answer, Order thereon Case No. CV-11-1947 EMC

1213217v1