1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/444-5800
4  Facsimile:    415/444-5805

5  Attorneys for Plaintiff CRAIG YATES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | **CASE NO. CV-11-1947-EMC** |
| Plaintiff, | **AMENDED NOTICE OF SETTLEMENT** |
| v. | ORDER RESETTING CMC |
| MARTIN BROTHERS SUPPLY, INC., a California Corporation; and MARTINS LANDING LLC, a California Limited Liability Company, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF INTEREST:

Notice is hereby given that the parties to the above-captioned matter have agreed to settlement terms which fully resolve the claims herein. The parties respectfully request that all matters currently on calendar be vacated. Dismissal documents will be filed with the Court no later than January 25, 2012.

Dated: December 13, 2011              THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*


                                      By:  /s/ *Thomas E. Frankovich*
                                           Thomas E. Frankovich
                                      Attorneys for CRAIG YATES, an individual,

IT IS SO ORDERED that the 12/20/11 CMC is reset to 2/10/12 at 9:00 a.m. A joint cmc statement shall be filed by 2/3/12. This hearing will be vacated once a stipulation for dismissal is filed.

AMENDED NOTICE OF SETTLEMENT                                      CV-11-1947-EMC

_____
Edward Chen
U.S. District Judge