1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redw2ood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:   415/444-5800
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
10 CRAIG YATES, an individual,           )  CASE NO CV-11-1947-EMC
                                         )
11        Plaintiff,                     )  STIPULATION AND [PROPOSED]
                                         )  ORDER RESETTING CASE
12 v.                                    )  MANAGEMENT CONFERENCE SET FOR
                                         )  FEBRUARY 10, 2012
13                                       )
   MARTIN BROTHERS SUPPLY, INC., a       )
14 California Corporation; and MARTINS   )
   LANDING LLC, a California Limited     )
15 Liability Company,                    )
                                         )
16        Defendants.                    )
   _____)
17

18     The parties, by and through their respective counsel, stipulate to continue the Case

19 Management Conference set for February 10, 2012 to March 9, 2012. The parties have reached a

20 settlement agreement. Defendants are in the process of signing the agreement.

21 Plaintiff will file the stipulation for dismissal with prejudice within 5 days of receiving the

22 executed agreement.

23 This stipulation may be executed in counterparts, all of which together shall constitute one

24 original document.

25 Dated: February 8 , 2012        THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*
26

27                                 By: /s/Thomas E. Frankovich
                                       Thomas E. Frankovich
28                                     Attorney for CRAIG YATES, an individual

Dated: 2/8 , 2012      JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____
Martin H. Orlick
Attorney for Defendants, MARTIN BROTHERS SUPPLY, INC., a California Corporation; and MARTINS LANDING LLC, a California Limited Liability Company

## ORDER

IT IS SO ORDERED that the 2/10/12 CMC is reset to 3/9/12 at 9:00 a.m. A joint cmc statement shall be filed by 3/2/12. This hearing will be vacated once a stipulation for dismissal is filed.

Dated: 2/9 , 2012

IT IS SO ORDERED
Judge Edward M. Chen