1  THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
    4328 Redw2ood Hwy, Suite 300
3  San Rafael, CA 94903
    Telephone:    415/444-5800
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
    CRAIG YATES

6

7

8               **UNITED STATES DISTRICT COURT**

              **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| CRAIG YATES, an individual, ) | **CASE NO CV-11-1947-EMC** |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER RESETTING CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 10, 2012** |
| MARTIN BROTHERS SUPPLY, INC., a California Corporation; and MARTINS LANDING LLC, a California Limited Liability Company, ) | |
| Defendants. ) | |

        The parties, by and through their respective counsel, stipulate to continue the Case Management Conference set for February 10, 2012 to March 9, 2012. The parties have reached a settlement agreement. Defendants are in the process of signing the agreement.

Plaintiff will file the stipulation for dismissal with prejudice within 5 days of receiving the executed agreement.

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: February 8 , 2012        THOMAS E. FRANKOVICH
                       *A PROFESSIONAL LAW CORPORATION*

                       By: /s/Thomas E. Frankovich
                           Thomas E. Frankovich
                       Attorney for CRAIG YATES, an individual

Dated: 2/8 _____, 2012

JEFFER MANGELS BUTLER & MITCHELL LLP

By: _____
        Martin H. Orlick
Attorney for Defendants, MARTIN BROTHERS
SUPPLY, INC., a California Corporation; and
MARTINS LANDING LLC, a California Limited
Liability Company

## ORDER

IT IS SO ORDERED that the 2/10/12 CMC is reset to 3/9/12 at 9:00 a.m.  A joint cmc statement shall be filed by 3/2/12.  This hearing will be vacated once a stipulation for dismissal is filed.

Dated: 2/9 _____, 2012

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon_____rd M. Chen
UNIT_____GE