1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:     415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 CRAIG YATES, an individual,            )   CASE NO. CV-11-1947-EMC
                                          )
12           Plaintiff,                   )
                                          )   STIPULATION OF DISMISSAL AND
13                                        )   [~~PROP~~OSED] ORDER THEREON
   v.                                     )
14                                        )
                                          )
15 MARTIN BROTHERS SUPPLY, INC., a        )
   California Corporation; and MARTINS    )
16 LANDING LLC, a California Limited      )
   Liability Company,                     )
17                                        )
                                          )
18           Defendants.                  )
                                          )
19                                        )

20

21

22         The parties, by and through their respective counsel, stipulate to dismissal of this action

23 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

24 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

25 costs and attorneys' fees. The parties further consent to and request that the Court retain

26 jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511

27 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

28 settlement agreements).

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice
4  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
5  This stipulation may be executed in counterparts, all of which together shall constitute
6  one original document.

8  Dated: __March 6__, 2012        THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

10                                  By: __/s/ Thomas E. Frankovich__
                                         Thomas E. Frankovich
11                                  Attorney for CRAIG YATES, an individual

13  Dated: __3/5__, 2012            JEFFER MANGELS BUTLER & MITCHELL LLP

15                                  By: __Martin H. Orlick__
                                         Martin H. Orlick
16                                  Attorney for Defendants, MARTIN BROTHERS
                                    SUPPLY, INC., a California Corporation; and
17                                  MARTINS LANDING LLC, a California Limited
                                    Liability Company

19                                  **ORDER**

20   IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
21  Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
22  the purpose of enforcing the parties' Settlement Agreement and General Release should such
23  enforcement be necessary
24  Dated: __3/6__, 2012

                                    District
26                                  Honorable ~~Magistrate~~ Judge Edward M. Chen
                                    ~~U.S.~~TATE DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

STIPULATION OF DISMISSAL AN[...]        CASE NO. CV-11-1947-EMC
                                                                    -2-