1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN BROTHERS SUPPLY, INC., a California Corporation; and MARTINS LANDING LLC, a California Limited Liability Company,<br><br>Defendants. | **CASE NO. CV-11-1947-EMC**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. **CV-11-1947-EMC**

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with
3 prejudice
4 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
5     This stipulation may be executed in counterparts, all of which together shall constitute
6 one original document.

8 Dated: __March 6__, 2012      THOMAS E. FRANKOVICH
                              *A PROFESSIONAL LAW CORPORATION*

10                              By: __/s/ Thomas E. Frankovich__
                                     Thomas E. Frankovich
11                              Attorney for CRAIG YATES, an individual

13 Dated: __3/5__, 2012      JEFFER MANGELS BUTLER & MITCHELL LLP

15                              By: __/s/ Martin H. Orlick__
                                     Martin H. Orlick
16                              Attorney for Defendants, MARTIN BROTHERS
                             SUPPLY, INC., a California Corporation; and
17                              MARTINS LANDING LLC, a California Limited
                             Liability Company

19                                         **ORDER**

20     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
21 Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
22 the purpose of enforcing the parties' Settlement Agreement and General Release should such
23 enforcement be necessary
24 Dated: __3/6__, 2012

                                        District
                            Honorable ~~Magistrate~~ Judge Edward M. Chen
                            STATE DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen